UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THELMA RILEY | CIVIL ACTION |
| VERSUS | NO: 20-475 |
| JOHN DOE #1, JOHN DOE #2, and, JOHN DOE #3 | SECTION: "A" (1) |

### ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of United States Magistrate Judge Janis van Meerveld, and the failure of the Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of United States Magistrate Judge Janis van Meerveld and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the Plaintiff Thelma Riley's Complaint is **DISMISSED** for lack of subject-matter jurisdiction and **WITHOUT PREJUDICE** as to any right the Plaintiff may have to file her Complaint in state court.

July 8, 2020

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE